UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| In re: C. WAYNE MCDONALD CONTRACTOR, INC. | § § § § | Case No. 13-10662- 8 - ARO |
| Debtor(s) | | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

John A. Northen, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $18,344.05 | Assets Exempt: | N/A |
| Total Distributions to Claimants: | $1,063,471.86 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $276,748.69 | | |

3) Total gross receipts of $1,336,839.92 (see **Exhibit 1**), minus funds paid to the debtor and third parties of -$3,380.63 (see **Exhibit 2**), yielded net receipts of $1,340,220.55 from the liquidation of the property of the estate, which was distributed as follows:

TDR (4/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $4,388,369.95 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $276,748.69 | $276,748.69 | $276,748.69 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $5,155.08 | $2,405.08 | $2,405.08 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $4,649,133.66 | $6,443,957.78 | $3,353,761.30 | $1,061,066.78 |
| **TOTAL DISBURSEMENTS** | $4,649,133.66 | $11,114,231.50 | $3,632,915.07 | $1,340,220.55 |

    4) This case was originally filed under chapter 7 on 05/17/2013.  The case was pending for 90 months.

    5) A copy of the final bank statement of the state, reflecting a zero balance, has been submitted to the Bankruptcy Administrator.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/07/2020

By: /s/ John A. Northen

Trustee , Bar No.: 6789

TDR (4/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2017 & 2037 N. Business Loop 85, High Point, NC | 1210-000 | $22,000.00 |
| 800 Millis St., High Point, NC | 1210-000 | $25,000.00 |
| Premier Bank account | 1129-000 | $41.33 |
| Duke Energy Refund | 1129-000 | $44.73 |
| Fraudulent Transfer | 1241-000 | $50,000.00 |
| Fraudulent Transfer Windsor Adversary Proceeding | 1241-000 | $1,239,753.86 |
| **TOTAL GROSS RECEIPTS** | | **$1,336,839.92** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| John A. Northen, Trustee | Share of litigation costs in Windsor and Scottish Blue APs; ($1,043.10) | 8500-000 | -$3,793.85 |
| | Share of litigation expenses in Windsor AP; ($896.60) | | |
| | Share of Windsor AP litigation costs; ($1,854.15) | | |
| | Reimbursement of Recording Fees paid by Case #13-10661 (C and M Invests of HP) for Settlement Deeds of Trust; | 8500-000 | $413.22 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **-$3,380.63** |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Premier Commercial Bank | 4110-000 | $0.00 | $780,000.00 | $0.00 | $0.00 |
| 2 | CommunityOne Bank, N.A. | 4110-000 | $0.00 | $199,196.01 | $0.00 | $0.00 |
| 3 | CommunityOne Bank, N.A. | 4120-000 | $0.00 | $208,528.95 | $0.00 | $0.00 |
| 4 | Wells Fargo Bank, NA | 4110-000 | $0.00 | $257,466.65 | $0.00 | $0.00 |
| 7 | NewBridge Bank | 4110-000 | $0.00 | $167,307.35 | $0.00 | $0.00 |
| 9S | Pinnacle Bank, successor by merger to Bank of North Carolina, as successor to HIGH POINT BANK AND TRUST COMPANY | 4110-000 | $0.00 | $200,000.00 | $0.00 | $0.00 |
| 15 | Guilford County Tax Dept | 4800-000 | $0.00 | $447,008.94 | $0.00 | $0.00 |
| 15 -2 | Guilford County Tax Dept | 4800-000 | $0.00 | $447,008.94 | $0.00 | $0.00 |
| 15 -3 | Guilford County Tax Dept | 4800-000 | $0.00 | $447,008.94 | $0.00 | $0.00 |
| 19 | Bank of Oak Ridge | 4110-000 | $0.00 | $1,234,844.17 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$0.00** | **$4,388,369.95** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - John A. Northen | 2100-000 | NA | $63,456.62 | $63,456.62 | $63,456.62 |
| Attorney for Trustee Fees - Northen Blue, LLP | 3110-000 | NA | $140,157.21 | $140,157.21 | $140,157.21 |
| Attorney for Trustee, Expenses - Northen Blue, LLP | 3120-000 | NA | $2,002.99 | $2,002.99 | $2,002.99 |
| Auctioneer Fees - Iron Horse Auction Co., Inc. | 3610-000 | NA | $2,000.00 | $2,000.00 | $2,000.00 |
| Auctioneer Expenses - Auction Promotions Unltd. | 3620-000 | NA | $8,400.00 | $8,400.00 | $8,400.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $643.00 | $643.00 | $643.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $1,403.28 | $1,403.28 | $1,403.28 |
| Bond Payments - INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $1,521.41 | $1,521.41 | $1,521.41 |
| Costs re Sale of Property - Brown Investment Properties | 2500-000 | NA | $750.00 | $750.00 | $750.00 |
| Costs re Sale of Property - Guildford County Registry | 2500-000 | NA | $50.00 | $50.00 | $50.00 |
| Costs re Sale of Property - Guilford County ROD | 2500-000 | NA | $44.00 | $44.00 | $44.00 |
| Costs re Sale of Property - Guilford County Tax Dept. | 2500-000 | NA | $7,597.11 | $7,597.11 | $7,597.11 |
| Costs re Sale of Property - Speckman Commercial Properties | 2500-000 | NA | $750.00 | $750.00 | $750.00 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $4,489.40 | $4,489.40 | $4,489.40 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $9,170.89 | $9,170.89 | $9,170.89 |
| Other Chapter 7 Administrative Expenses - BB&T | 2990-000 | NA | $855.25 | $855.25 | $855.25 |
| Other Chapter 7 Administrative Expenses - Bank of America | 2990-000 | NA | $58.20 | $58.20 | $58.20 |
| Other Chapter 7 Administrative Expenses - Capital Bank, N.A. | 2990-000 | NA | $137.78 | $137.78 | $137.78 |
| Other Chapter 7 Administrative Expenses - Bodenheimer Verbatim Reporting | 2990-000 | NA | $4,267.88 | $4,267.88 | $4,267.88 |
| Other Chapter 7 Administrative Expenses - J. Calvin Cunningham | 2990-000 | NA | $65.00 | $65.00 | $65.00 |
| Other Chapter 7 Administrative Expenses - Higgins, Frankstone, Graves & Morris, PA | 2990-000 | NA | $7,013.13 | $7,013.13 | $7,013.13 |

**TDR (4/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Other Chapter 7 Administrative Expenses - The Finley Group | 2990-000 | NA | $18,233.47 | $18,233.47 | $18,233.47 |
| Other Chapter 7 Administrative Expenses - First Bank | 2990-000 | NA | $32.95 | $32.95 | $32.95 |
| Other Chapter 7 Administrative Expenses - First Citizens Bank | 2990-000 | NA | $25.96 | $25.96 | $25.96 |
| Other Chapter 7 Administrative Expenses - Guilford County Register of Deeds | 2990-000 | NA | $10.06 | $10.06 | $10.06 |
| Other Chapter 7 Administrative Expenses - High Point Bank | 2990-000 | NA | $1,018.00 | $1,018.00 | $1,018.00 |
| Other Chapter 7 Administrative Expenses - PNC Bank Channel Services | 2990-000 | NA | $96.35 | $96.35 | $96.35 |
| Other Chapter 7 Administrative Expenses - Randolph County Register of Deeds | 2990-000 | NA | $26.00 | $26.00 | $26.00 |
| Other Chapter 7 Administrative Expenses - SunTrust Bank | 2990-000 | NA | $135.75 | $135.75 | $135.75 |
| Accountant for Trustee Fees (Other Firm) - Nelson & Company, PA | 3410-000 | NA | $2,337.00 | $2,337.00 | $2,337.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$276,748.69** | **$276,748.69** | **$276,748.69** |

## **EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**TDR (4/1/2009)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | WILLIAM E. WEST, JR., ESQUIRE | 5200-000 | $0.00 | $5,000.00 | $2,250.00 | $2,250.00 |
| 14P | Internal Revenue Service | 5800-000 | $0.00 | $155.08 | $155.08 | $155.08 |
| N/F | INTERNAL REVENUE SERVICE IRS SERVICE CENTER | 5800-000 | NA | NA | NA | NA |
| N/F | NC DEPARTMENT OF REVENUE | 5800-000 | NA | NA | NA | NA |
| N/F | NC DEPARTMENT OF REVENUE | 5800-000 | NA | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $5,155.08 | $2,405.08 | $2,405.08 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Premier Commercial Bank | 7100-000 | $0.00 | $90,826.61 | $0.00 | $0.00 |
| 3 -2 | CommunityOne Bank, N.A. | 7100-000 | $0.00 | $132,789.24 | $132,789.24 | $42,012.01 |
| 5 | Capital Bank, National Association | 7100-000 | $0.00 | $2,823,855.43 | $2,601,499.66 | $823,065.38 |
| 6 | Capital Bank, National Association | 7100-000 | $0.00 | $27,644.23 | $0.00 | $0.00 |
| 7 -2 | NewBridge Bank | 7100-000 | $0.00 | $70,880.69 | $70,880.69 | $22,425.31 |
| 8 | Pinnacle Bank, successor by merger to Bank of North Carolina | 7100-000 | $0.00 | $101,677.01 | $101,677.01 | $32,168.69 |
| 9 -2 | Pinnacle Bank, successor by merger to Bank of North Carolina, as successor to HIGH POINT BANK AND TRUST COMPANY | 7100-000 | $0.00 | $428,346.47 | $0.00 | $0.00 |
| 9 -3 | Pinnacle Bank, successor by merger to Bank of North Carolina, as successor to HIGH POINT BANK AND TRUST COMPANY | 7100-000 | $0.00 | $428,346.47 | $428,346.47 | $135,520.74 |
| 9U | Pinnacle Bank, successor by merger to Bank of North Carolina, as successor to HIGH POINT BANK AND TRUST COMPANY | 7100-000 | $0.00 | $893,907.84 | $0.00 | $0.00 |
| 10 | North State Communications | 7100-000 | $0.00 | $643.23 | $643.23 | $203.51 |
| 12 | WILLIAM E. WEST, JR., ESQUIRE | 7100-000 | $0.00 | $4,500.00 | $2,250.00 | $711.86 |
| 13 | North State Communications | 7100-000 | $0.00 | $643.23 | $0.00 | $0.00 |

**TDR (4/1/2009)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 14U | Internal Revenue Service | 7100-000 | $0.00 | $2,145.00 | $2,145.00 | $678.64 |
| 16 | RREF BB SBL ACQUISITIONS, LLC | 7100-000 | $0.00 | $81,209.40 | $13,530.00 | $4,280.64 |
| 17 | Bank of Oak Ridge | 7100-000 | $0.00 | $867,323.37 | $0.00 | $0.00 |
| 18 | Bank of Oak Ridge | 7100-000 | $0.00 | $244,609.78 | $0.00 | $0.00 |
| 18 -2 | Bank of Oak Ridge | 7100-000 | $0.00 | $244,609.78 | $0.00 | $0.00 |
| N/F | ACCOUNT 1,,I0. CITY OF WINSTON-SALEM | 7100-000 | NA | NA | NA | NA |
| N/F | BANK OF NORTH CAROLINA C/O ALAN B. POWELL, ESQUIRE | 7100-000 | $1,687,116.03 | NA | NA | NA |
| N/F | CAPITAL BANK C/O ASHLEY RUSHER, ESQUIRE | 7100-000 | $2,851,499.66 | NA | NA | NA |
| N/F | CENTURY LINK | 7100-000 | $232.63 | NA | NA | NA |
| N/F | CHILDER'S CONCRETE | 7100-000 | $37.36 | NA | NA | NA |
| N/F | CITY OF HIGH POINT | 7100-000 | $690.61 | NA | NA | NA |
| N/F | CITY OF LEXINGTON | 7100-000 | $2,405.00 | NA | NA | NA |
| N/F | COMMUNITY ONE BANK CIO BROOKS BOSSONG, ESQUIRE | 7100-000 | $69,608.43 | NA | NA | NA |
| N/F | COSTELLO, HILL & COMPANY | 7100-000 | $10,470.00 | NA | NA | NA |
| N/F | DUKE ENERGY | 7100-000 | NA | NA | NA | NA |
| N/F | GRAND RENTAL STATION | 7100-000 | $836.28 | NA | NA | NA |
| N/F | HERTZ RENTALS | 7100-000 | $237.66 | NA | NA | NA |
| N/F | HIGH POINT BANK C/O ANDREW B. LASINE, ESQUIRE | 7100-000 | $0.00 | NA | NA | NA |

**TDR (4/1/2009)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | J. CALVIN CUNNINGHAM, ESQUIRE | 7100-000 | $25,000.00 | NA | NA | NA |
| N/F | JOHN BRADLEY | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | PREMIER BANK CIO CHRISTY MYATT, ESQUIRE | 7100-000 | NA | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$4,649,133.66** | **$6,443,957.78** | **$3,353,761.30** | **$1,061,066.78** |

**TDR (4/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 13-10662- 8 - ARO
**Case Name:** C. WAYNE MCDONALD CONTRACTOR, INC.
**For Period Ending:** 12/07/2020

**Trustee Name:** (530150) John A. Northen
**Date Filed (f) or Converted (c):** 05/17/2013 (f)
**§ 341(a) Meeting Date:** 10/07/2013
**Claims Bar Date:** 02/13/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | High Point Bank account | 169.05 | 169.05 | | 0.00 | FA | 0.00 | 0.00 |
| 2 | Premier Bank account | 41.33 | 41.33 | | 41.33 | FA | 0.00 | 0.00 |
| 3 | Wells Fargo Bank account | 75.00 | 75.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4 | 1997 Oldsmobile Cutlass | 500.00 | 500.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5 | Windsor AP (interest in claims against various entities) (u)<br>Duplicate asset - See Asset #9 | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6 | Duke Energy Refund | Unknown | 0.00 | | 44.73 | FA | 0.00 | 0.00 |
| 7 | Fraudulent Transfer (u)<br><br>Settlement Order (Docket #143 in Case 13-10661) Fraudulent transfer of 1124 Elon Place to Hickory Rio, LLC and then to Key Consulting, Inc. | 0.00 | 0.00 | | 50,000.00 | FA | 0.00 | 0.00 |
| 8 | Real Property 715 Yadkinville Rd. Mocksville<br><br>Abandonment Order dtd 12/24/14; fire at property | 0.00 | 0.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 9 | Fraudulent Transfer Windsor Adversary Proceeding (u)<br>AP 14-2023; Trustee vs. Windsor Investments of North Carolina, LLC, The Maggie McDonald Irrevocable Trust, The Jason W. McDonald Irrevocable Trust, The Ashley McDonald Davis Irrevocable Trust, MMM Holdings, LLC, Branson Meadows Holding, LLC a/k/a Branson Meadows Holdings, LLC, Santee Group, LLC, Zan Man Properties, LLC, Belle Fifty, LLC, Cedar Lane Properties, LLC, Dorothy Jane Smith, Jack Smith, Windemere Holdings, LLC, CJW Properties of North Carolina, LLC and Triple Creek, LLC.<br><br>Settlement approved (Order entered 7/10/2017 #254) - $3,150,000 + 4.125% interest to be paid by Debtors to Trustee, $20,000/month (minimum) over next 3 years, allocated between Debtors as follows: C and M Invests. of HP 32.37%, C. Wayne McDonald Contractor 37.98%, Wayne McDonald 14.825%, and Wendy McDonald 14.825%. Various assets (see Order) to be abandoned upon receipt of full amount of all indebtedness provided no default occurs in settlement. All settlement payments deposited into main case (13-10661) with quarterly disbursements to be made to the other cases based upon the fixed percentages approved in the settlement order. Trustee value in each case represents the allocation of the settlement to that particular case.<br><br>Deferred filing fee to be paid by 13-10662 and reimbursed by related debtors in same allocation as settlement. | Unknown | Unknown | | 1,239,753.86 | FA | 0.00 | 0.00 |
| 10 | 2017 & 2037 N. Business Loop 85, High Point, NC (u)<br>Order entered 10/1/15 (Dkt #216) approving sale pursuant to Sect. 363(f). | 22,000.00 | 22,000.00 | | 22,000.00 | FA | 0.00 | 0.00 |

USBA Form 101-7-TDR (10/1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 13-10662- 8 - ARO
**Case Name:** C. WAYNE MCDONALD CONTRACTOR, INC.
**For Period Ending:** 12/07/2020

**Trustee Name:** (530150) John A. Northen
**Date Filed (f) or Converted (c):** 05/17/2013 (f)
**§ 341(a) Meeting Date:** 10/07/2013
**Claims Bar Date:** 02/13/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 11 | 1450 Near Jackson Lake Rd., High Point, NC (u)<br><br>Order entered 10/1/15 (Dkt #217) approving sale pursuant to Sect. 363(f). Title defect discovered (property not actually owned by debtor or any related entity/person). | 17,600.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12 | 800 Millis St., High Point, NC (u)<br><br>Order entered 10/1/15 (Dkt #218) approving sale pursuant to Sect. 363(f). | 25,000.00 | 25,000.00 | | 25,000.00 | FA | 0.00 | 0.00 |
| 13 | AP vs Scottish Blue, LLC and William E. West, Jr. (u)<br><br>AP filed at AP14-2001 on 01-24-14 to set aside transfers, recover title to Turnpike Industrial Property, the Guilford County Contractor Property, and to recover title to Moore Avenue Property and Satisfaction from William West regarding Scottish Blue deed of trust. Consent Judgment entered 3/18/14. $293 filing fee to be paid by 13-10662 and reimbursed for 1/2 by 13-10663 as transfers in question involved only those estates. | 0.00 | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| **13** | **Assets Totals (Excluding unknown values)** | **$65,385.38** | **$47,785.38** | | **$1,336,839.92** | **$0.00** | **$0.00** | **$0.00** |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

Interim Report No. 26
Settlement funds paid in full (all settlement proceeds were paid into the main case (13-10661) and allocated among the 4-related Debtors in amounts consistent with the Court's Order approving settlement).
All remaining assets deemed fully administered per settlement order.
Await expiration of prompt determination period.
Complete claim objections.
Draft final report.

**Initial Projected Date Of Final Report (TFR):** 12/31/2015     **Current Projected Date Of Final Report (TFR):** 07/02/2020 (Actual)

12/07/2020
Date

/s/John A. Northen
John A. Northen

Copy Served On:  Mr. William P. Miller
                 Bankruptcy Administrator

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | |  | | |
|---|---|---|---|---|
| Case No.: | 13-10662- 8 - ARO | Trustee Name: | John A. Northen (530150) | |
| Case Name: | C. WAYNE MCDONALD CONTRACTOR, INC. | Bank Name: | Mechanics Bank | |
| | | Account #: | ******0166 Checking Account | |
| Taxpayer ID #: | **-***7361 | Blanket Bond (per case limit): | $18,732,750.00 | |
| For Period Ending: | 12/07/2020 | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/05/13 | {2} | Premier Commercial Bank | Close account | 1129-000 | 41.33 | | 41.33 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 31.33 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 21.33 |
| 01/17/14 | {6} | Duke Energy | utility deposit, 200 Pendleton St, #138, Acct ******9851 | 1129-000 | 44.73 | | 66.06 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 56.06 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 46.06 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 36.06 |
| 04/10/14 | 101 | Randolph County Register of Deeds | Judgment Doc #12 3/18/14; Record deed transferring property into estate | 2990-000 | | 26.00 | 10.06 |
| 04/10/14 | 102 | Guilford County Register of Deeds | Consent Judgment Doc #12; Transfer property to estate | 2990-000 | | 10.06 | 0.00 |
| 08/11/14 | {7} | Northen Blue, LLP Trust Account | Transfer settlement funds re Order #143 | 1241-000 | 50,000.00 | | 50,000.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.14 | 49,956.86 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.64 | 49,880.22 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.13 | 49,806.09 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.47 | 49,741.62 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.08 | 49,660.54 |
| 01/02/15 | 103 | J. Calvin Cunningham | Ref # INV 8245 | 2990-000 | | 65.00 | 49,595.54 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.35 | 49,524.19 |
| 02/05/15 | 104 | Capital Bank, N.A. | Northen v Windsor AP 14-2023 | 2990-000 | | 137.78 | 49,386.41 |
| 02/09/15 | 105 | Bank of America | C and M Investments/Windsor 14-0203 subpoena responses; Invoice 361784 | 2990-000 | | 58.20 | 49,328.21 |
| 02/11/15 | 106 | PNC Bank Channel Services | File No. PGH-2015-R193; C & M Investments of High Point Subpoena | 2990-000 | | 96.35 | 49,231.86 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.35 | 49,165.51 |
| 03/03/15 | 107 | First Citizens Bank | Invoice 11685 | 2990-000 | | 12.98 | 49,152.53 |
| 03/03/15 | 108 | SunTrust Bank | Invoice SS-61178 C and M Investments of High Point Inc. et al. | 2990-000 | | 135.75 | 49,016.78 |
| 03/03/15 | 109 | BB&T | Invoice No. Sub-72346 C and M Investments et al. | 2990-000 | | 80.00 | 48,936.78 |
| 03/04/15 | 110 | High Point Bank & Trust Company | Invoice dtd 2/2/15; 13-10661; Northen v Windsor Investments et al.; C&M Investments | 2990-000 | | 1,018.00 | 47,918.78 |
| 03/11/15 | 111 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/23/2015 FOR CASE #13-10662, Blanket Bond #016036434 | 2300-000 | | 37.33 | 47,881.45 |

Page Subtotals: $50,086.06    $2,204.61

{ } Asset Reference(s)   USBA Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 13-10662- 8 - ARO | Trustee Name: | John A. Northen (530150) |
|---|---|---|---|
| Case Name: | C. WAYNE MCDONALD CONTRACTOR, INC. | Bank Name: | Mechanics Bank |
| | | Account #: | ******0166 Checking Account |
| Taxpayer ID #: | **-***7361 | Blanket Bond (per case limit): | $18,732,750.00 |
| For Period Ending: | 12/07/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/19/15 | 112 | BB&T | Invoice No. sub 72346; C and M Investments of High Point, Inc. | 2990-000 | | 457.50 | 47,423.95 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.36 | 47,349.59 |
| 04/07/15 | 113 | Carter Bank & Trust | Subpoena Windsor Investments of NC, Clyde Wayne McDonald; research and copy fees | 2990-000 | | 317.75 | 47,031.84 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.07 | 46,963.77 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.29 | 46,898.48 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.95 | 46,826.53 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.59 | 46,756.94 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.00 | 46,691.94 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.64 | 46,620.30 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.05 | 46,553.25 |
| 11/09/15 | | Cecil & Cecil PA | net proceeds, 2017 & 2037 N Business Loop 85, High Point, NC | | 7,111.05 | | 53,664.30 |
| | {10} | Frank Lopez | Contract Sales Price $22,000.00 | 1210-000 | | | |
| | | Iron Horse Auction Co., Inc. | Buyer's Premium -$2,000.00 | 3610-000 | | | |
| | | Auction Promotions Unltd. | Advertising Costs -$8,400.00 | 3620-000 | | | |
| | | Guilford County ROD | Revenue Stamps -$44.00 | 2500-000 | | | |
| | | Guilford County Tax Dept. | Pro rated county property taxes -$4,444.95 | 2500-000 | | | |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.86 | 53,593.44 |
| 12/23/15 | | Northen Blue Trust Account | 800 Millis, net sale proceeds | | 20,297.84 | | 73,891.28 |
| | {12} | 801 Millis, LLC | Contract sales price $25,000.00 | 1210-000 | | | |
| | | Brown Investment Properties | Realtor Commission -$750.00 | 2500-000 | | | |
| | | Speckman Commercial Properties | Realtor Commission -$750.00 | 2500-000 | | | |
| | | Guildford County Registry | Revenue Stamps -$50.00 | 2500-000 | | | |
| | | Guilford County Tax Dept. | County Property Taxes (pro rated) -$3,152.16 | 2500-000 | | | |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.61 | 73,799.67 |
| | | | Page Subtotals: | | $27,408.89 | $1,490.67 | |

{ } Asset Reference(s)    USBA Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 13-10662- 8 - ARO | Trustee Name: | John A. Northen (530150) |
|---|---|---|---|
| Case Name: | C. WAYNE MCDONALD CONTRACTOR, INC. | Bank Name: | Mechanics Bank |
| | | Account #: | ******0166 Checking Account |
| Taxpayer ID #: | **-***7361 | Blanket Bond (per case limit): | $18,732,750.00 |
| For Period Ending: | 12/07/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.33 | 73,697.34 |
| 02/02/16 | 114 | Bodenheimer Verbatim Reporting | Inv. #16-007, Deposition of W. Gregory Ashley | 2990-000 | | 1,168.15 | 72,529.19 |
| 02/29/16 | 115 | INTERNATIONAL SURETIES, LTD | Invoice #016036434 BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 01/31/2016 FOR CASE #13-10662, Invoice 016036434 | 2300-000 | | 63.96 | 72,465.23 |
| 02/29/16 | 116 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2016 FOR CASE #13-10662, Invoice 016036434 Voided on 02/29/2016 | 2300-000 | | 10.23 | 72,455.00 |
| 02/29/16 | 116 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2016 FOR CASE #13-10662, Invoice 016036434 Voided: check issued on 02/29/2016 | 2300-000 | | -10.23 | 72,465.23 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.12 | 72,364.11 |
| 03/07/16 | 117 | First Bank | Research fees in response to subpoena | 2990-000 | | 32.95 | 72,331.16 |
| 03/07/16 | 118 | Atlantic Professional Reporters | Partial Transcript of 1/6/16 hearing | 2700-000 | | 207.03 | 72,124.13 |
| 03/07/16 | 119 | Higgins, Frankstone, Graves & Morris, PA | Share of Inv. #19076 | 2990-000 | | 7,013.13 | 65,111.00 |
| 03/14/16 | 120 | First Citizens Bank | Inv. #11685 (additional bank records) | 2990-000 | | 12.98 | 65,098.02 |
| 03/30/16 | 121 | Bodenheimer Verbatim Reporting | Share of Inv. #s 16-016, 16-019, 16-021, 16-024, 16-040 | 2990-000 | | 2,638.73 | 62,459.29 |
| 03/30/16 | 122 | The Finley Group | Ref # FILE #14-89-001; Share of Inv. #574 | 2990-000 | | 18,233.47 | 44,225.82 |
| 03/31/16 | 123 | Atlantic Professional Reporters | Partial transcript of 1/6/16 hearing | 2700-000 | | 1,196.25 | 43,029.57 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.70 | 42,922.87 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.17 | 42,856.70 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.42 | 42,797.28 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.53 | 42,729.75 |
| 07/18/16 | 124 | Bodenheimer Verbatim Reporting | Inv. #16-116, Deposition of Randy Neal Blackburn | 2990-000 | | 461.00 | 42,268.75 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.24 | 42,209.51 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.68 | 42,142.83 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.45 | 42,082.38 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 58.35 | 42,024.03 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 64.30 | 41,959.73 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 60.18 | 41,899.55 |

Page Subtotals: $0.00  $31,900.12

{ } Asset Reference(s)  USBA Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| Case No.: | 13-10662- 8 - ARO | Trustee Name: | John A. Northen (530150) |
|---|---|---|---|
| Case Name: | C. WAYNE MCDONALD CONTRACTOR, INC. | Bank Name: | Mechanics Bank |
| | | Account #: | ******0166 Checking Account |
| Taxpayer ID #: | **-***7361 | Blanket Bond (per case limit): | $18,732,750.00 |
| For Period Ending: | 12/07/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 64.27 | 41,835.28 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 56.16 | 41,779.12 |
| 03/06/17 | 125 | International Sureties, Ltd. | Bond #016036434, exp 3/1/18, pro-rata share of $30.33 premium | 2300-000 | | 20.22 | 41,758.90 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 62.07 | 41,696.83 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 55.97 | 41,640.86 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 65.88 | 41,574.98 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 59.79 | 41,515.19 |
| 07/26/17 | 126 | John A. Northen, Trustee | Reimbursement of Recording Fees paid by Case #13-10661 (C and M Invests of HP) for Settlement Deeds of Trust | 8500-000 | | 413.22 | 41,101.97 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 57.68 | 41,044.29 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 64.94 | 40,979.35 |
| 09/29/17 | {9} | C and M Investments of High Point | Allocation of settlement funds received during 3Q 2017 | 1241-000 | 145,547.02 | | 186,526.37 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 56.97 | 186,469.40 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 286.08 | 186,183.32 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 267.79 | 185,915.53 |
| 12/22/17 | {9} | John A Northen, Trustee for C and M Investments | Allocation of settlement funds received during 4Q 2017 | 1241-000 | 195,844.22 | | 381,759.75 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 324.22 | 381,435.53 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 603.50 | 380,832.03 |
| 02/15/18 | 127 | Northen Blue, LLP | Attorney fees approved by Court 2/14/2018 #278 | 3110-000 | | 130,057.76 | 250,774.27 |
| 02/15/18 | 128 | Northen Blue, LLP | Attorney expenses approved by Court 2/14/2018 #278 | 3120-000 | | 1,779.58 | 248,994.69 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 435.40 | 248,559.29 |
| 03/13/18 | 129 | International Sureties, Ltd. | Bond expiring 3/1/2019; Bond #016036434 | 2300-000 | | 112.15 | 248,447.14 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 357.46 | 248,089.68 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 344.94 | 247,744.74 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 392.01 | 247,352.73 |
| 06/28/18 | {9} | John A Northen, Trustee for C and M Inv | Allocation of settlement funds received during 1Q and 2Q 2018 | 1241-000 | 390,363.31 | | 637,716.04 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 362.63 | 637,353.41 |

Page Subtotals:   $731,754.55   $136,300.69

{ } Asset Reference(s)    USBA Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| Case No.: | 13-10662- 8 - ARO | Trustee Name: | John A. Northen (530150) |
|---|---|---|---|
| Case Name: | C. WAYNE MCDONALD CONTRACTOR, INC. | Bank Name: | Mechanics Bank |
| | | Account #: | ******0166 Checking Account |
| Taxpayer ID #: | **-***7361 | Blanket Bond (per case limit): | $18,732,750.00 |
| For Period Ending: | 12/07/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 977.85 | 636,375.56 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 945.84 | 635,429.72 |
| 09/28/18 | {9} | John A Northen, Trustee for C AND M INVESTMENTS | Allocation of settlement funds received during 3Q 2018 | 1241-000 | 169,106.58 | | 804,536.30 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 487.45 | 804,048.85 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 726.94 | 803,321.91 |
| 12/21/18 | {9} | C AND M INVESTMENTS OF HIGH POINT | Allocation of settlement funds received during 4Q 2018 | 1241-000 | 214,770.60 | | 1,018,092.51 |
| 03/13/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******4348 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX4348 | 9999-000 | | 1,018,092.51 | 0.00 |

| | | | COLUMN TOTALS | | 1,193,126.68 | 1,193,126.68 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 1,018,092.51 | |
| | | | Subtotal | | 1,193,126.68 | 175,034.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $1,193,126.68 | $175,034.17 | |

{ } Asset Reference(s)   USBA Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

| | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| | | **Form 2** | | | | Page: 6 |
| | | **Cash Receipts And Disbursements Record** | | | | |

| Case No.: | 13-10662- 8 - ARO | Trustee Name: | John A. Northen (530150) |
|---|---|---|---|
| Case Name: | C. WAYNE MCDONALD CONTRACTOR, INC. | Bank Name: | Metropolitan Commercial Bank |
| | | Account #: | ******4348 Checking Account |
| Taxpayer ID #: | **-***7361 | Blanket Bond (per case limit): | $18,732,750.00 |
| For Period Ending: | 12/07/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/13/19 | | Transfer Credit from Rabobank, N.A. acct ******0166 | Transition Credit from Rabobank, N.A. acct XXXXXX0166 | 9999-000 | 1,018,092.51 | | 1,018,092.51 |
| 03/15/19 | 1000 | INTERNATIONAL SURETIES, LTD | Premium - Bond #016036434 | 2300-000 | | 534.44 | 1,017,558.07 |
| 03/29/19 | {9} | John A. Northen (Ch 7 Trustee) | Allocation of settlement funds received during 1Q 2019 | 1241-000 | 28,918.39 | | 1,046,476.46 |
| 04/08/19 | {9} | John A. Northen (Ch 7 Trustee) | Allocation of final settlement payment | 1241-000 | 95,203.74 | | 1,141,680.20 |
| 03/06/20 | 1001 | International Sureties, Ltd. | Bond #016036434 (2020-2021) | 2300-000 | | 753.31 | 1,140,926.89 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 911.80 | 1,140,015.09 |
| 04/14/20 | 1002 | Nelson & Company, PA | Fees authorized by order (13-10661 #377) entered 4/13/2020 (Inv #80709) | 3410-000 | | 2,337.00 | 1,137,678.09 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,821.03 | 1,135,857.06 |
| 05/21/20 | | C and M Investments of High Point | Share of Windsor AP litigation costs | 8500-000 | | -1,854.15 | 1,137,711.21 |
| 05/21/20 | | C Wayne McDonald | Share of litigation costs in Windsor and Scottish Blue APs | 8500-000 | | -1,043.10 | 1,138,754.31 |
| 05/21/20 | | Wendy C McDonald | Share of litigation expenses in Windsor AP | 8500-000 | | -896.60 | 1,139,650.91 |
| 05/21/20 | 1003 | Clerk, US Bankruptcy Court | Filing fees: 14-02001 ($293) and 14-02023 ($350) | 2700-000 | | 643.00 | 1,139,007.91 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,756.57 | 1,137,251.34 |
| 08/06/20 | 1004 | Northen Blue, LLP | Combined payments for claim number AttyExp, AttyFees | | | 10,322.86 | 1,126,928.48 |
| | | Northen Blue, LLP | Contractor 2020-06-12 $223.41 | 3120-000 | | | |
| | | Northen Blue, LLP | Contractor 2020-06-12 $10,099.45 | 3110-000 | | | |
| 08/06/20 | 1005 | John A. Northen | Distribution payment - Dividend paid at 100.00% of $63,456.62; Claim # FEE; Filed: $63,456.62 | 2100-000 | | 63,456.62 | 1,063,471.86 |
| 08/06/20 | 1006 | WILLIAM E. WEST, JR., ESQUIRE | Distribution payment - Dividend paid at 100.00% of $2,250.00; Claim # 11; Filed: $5,000.00 | 5200-000 | | 2,250.00 | 1,061,221.86 |
| 08/06/20 | 1007 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $155.08; Claim # 14P; Filed: $155.08 | 5800-000 | | 155.08 | 1,061,066.78 |
| 08/06/20 | 1008 | CommunityOne Bank, N.A. | Distribution payment - Dividend paid at 31.64% of $132,789.24; Claim # 3 -2; Filed: $132,789.24 | 7100-000 | | 42,012.01 | 1,019,054.77 |
| 08/06/20 | 1009 | Capital Bank, National Association | Distribution payment - Dividend paid at 31.64% of $2,601,499.66; Claim # 5; Filed: $2,823,855.43 | 7100-000 | | 823,065.38 | 195,989.39 |
| 08/06/20 | 1010 | NewBridge Bank | Distribution payment - Dividend paid at 31.64% of $70,880.69; Claim # 7 -2; Filed: $70,880.69 Stopped on 11/11/2020 | 7100-000 | | 22,425.31 | 173,564.08 |
| 08/06/20 | 1011 | Pinnacle Bank, successor by merger to Bank of North Carolina | Distribution payment - Dividend paid at 31.64% of $101,677.01; Claim # 8; Filed: $101,677.01 | 7100-000 | | 32,168.69 | 141,395.39 |

Page Subtotals:     $1,142,214.64     $1,000,819.25

{ } Asset Reference(s)     USBA Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 7

| Case No.: | 13-10662- 8 - ARO | Trustee Name: | John A. Northen (530150) |
|---|---|---|---|
| Case Name: | C. WAYNE MCDONALD CONTRACTOR, INC. | Bank Name: | Metropolitan Commercial Bank |
| | | Account #: | ******4348 Checking Account |
| Taxpayer ID #: | **-***7361 | Blanket Bond (per case limit): | $18,732,750.00 |
| For Period Ending: | 12/07/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/06/20 | 1012 | Pinnacle Bank, successor by merger to Bank of North Carolina, as successor to HIGH POINT BANK AND TRUST COMPANY | Distribution payment - Dividend paid at 31.64% of $428,346.47; Claim # 9 -3; Filed: $428,346.47 | 7100-000 | | 135,520.74 | 5,874.65 |
| 08/06/20 | 1013 | North State Communications | Distribution payment - Dividend paid at 31.64% of $643.23; Claim # 10; Filed: $643.23 | 7100-000 | | 203.51 | 5,671.14 |
| 08/06/20 | 1014 | WILLIAM E. WEST, JR., ESQUIRE | Distribution payment - Dividend paid at 31.64% of $2,250.00; Claim # 12; Filed: $4,500.00 | 7100-000 | | 711.86 | 4,959.28 |
| 08/06/20 | 1015 | Internal Revenue Service | Distribution payment - Dividend paid at 31.64% of $2,145.00; Claim # 14U; Filed: $2,145.00 | 7100-000 | | 678.64 | 4,280.64 |
| 08/06/20 | 1016 | RREF BB SBL ACQUISITIONS, LLC | Distribution payment - Dividend paid at 31.64% of $13,530.00; Claim # 16; Filed: $81,209.40 | 7100-000 | | 4,280.64 | 0.00 |
| 11/11/20 | 1010 | NewBridge Bank | Distribution payment - Dividend paid at 31.64% of $70,880.69; Claim # 7 -2; Filed: $70,880.69 Stopped: check issued on 08/06/2020 | 7100-000 | | -22,425.31 | 22,425.31 |
| 11/11/20 | 1017 | First National Bank of PA, as successor to NewBridge Bank | Distribution payment - Dividend paid at 31.64% of $70,880.69; Claim # 7 -2; Filed: $70,880.69 | 7100-000 | | 22,425.31 | 0.00 |

| | COLUMN TOTALS | 1,142,214.64 | 1,142,214.64 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CDs | 1,018,092.51 | 0.00 | |
| | Subtotal | 124,122.13 | 1,142,214.64 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $124,122.13 | $1,142,214.64 | |

{ } Asset Reference(s)    USBA Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 8

| | |
|---|---|
| **Case No.:** | 13-10662- 8 - ARO |
| **Case Name:** | C. WAYNE MCDONALD CONTRACTOR, INC. |
| **Taxpayer ID #:** | **-***7361 |
| **For Period Ending:** | 12/07/2020 |

| | |
|---|---|
| **Trustee Name:** | John A. Northen (530150) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******4348 Checking Account |
| **Blanket Bond (per case limit):** | $18,732,750.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $1,317,248.81 |
| Plus Gross Adjustments: | $19,591.11 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | -$3,380.63 |
| Net Estate: | $1,340,220.55 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0166 Checking Account | $1,193,126.68 | $175,034.17 | $0.00 |
| ******4348 Checking Account | $124,122.13 | $1,142,214.64 | $0.00 |
| | **$1,317,248.81** | **$1,317,248.81** | **$0.00** |

12/07/2020
Date

/s/John A. Northen
John A. Northen

USBA Form 101-7-TDR (10/1/2010)