Form 200

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 13–10662

IN THE MATTER OF:
C. Wayne McDonald Contractor, Inc.   56–1607361
200 Pendleton Street, #138 (27260)
P.O. Box 536
High Point, NC 27261

   Debtor(s)

## FINAL DECREE

   **IT APPEARING** that John A. Northen , Trustee of the above referenced case, has reduced the property and effects of the estate to cash; that the Trustee has made distribution and has rendered a full and complete account thereof; and that said Trustee has performed all duties requested by the Court in the administration of said estate; and for sufficient reasons appearing,

   **IT IS ORDERED** that the account of the Trustee be, and hereby is approved and allowed, and that said estate be, and hereby is closed; that the Trustee be and hereby is, discharged from and relieved of the position of trust in said case.

Dated: 12/8/20

*Catharine R Aron*

Catharine R. Aron
United States Bankruptcy Judge